FILED
Clerk
District Court

MAY -6 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| United States of America, | ) | No.: CR 00 – 00028 - 003 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| CHEN, YUNG YAO, | ) | |
| Defendant. | ) | |

Upon motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that the Superseding Indictment, as against defendant CHEN, Yung Yao only, is dismissed without prejudice in case number CR 00-00028.

IT IS FURTHER ORDERED that any outstanding warrant for the arrest of defendant CHEN, Yung Yao is quashed.

DATED this **6TH** day of **MAY**, 2008.

_____
ALEX R. MUNSON
Chief Judge, United States District Court